PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Nekadam Galibova                                    Cr.: 14-00216-001
                                                                     PACTS #: 66340

Name of Sentencing Judicial Officer:   THE HONORABLE KATHARINE S. HAYDEN
                                       SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 09/13/2016

Original Offense:   Attempt and Conspiracy to Commit Mail Fraud, 18 U.S.C. § 1349

Original Sentence: 5 years' probation

Special Conditions: 3 Months of the Location Monitoring Program, New Debt Restriction, and $83,000 in Restitution

Type of Supervision: Probation                    Date Supervision Commenced: 09/13/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Failed to satisfy restitution. |

U.S. Probation Officer Action:

Throughout her term of probation, Galibova has paid $16,353.20 towards her restitution. Her supervision is due to expire on September 12, 2021, with an outstanding restitution balance of $66,646.80. The Financial Litigation Unit of the United States Attorney's Office was notified of the expiration of supervision and has a standing order for garnishment of his earnings and all future income tax refunds via the Treasury Offset Program (TOP). This Office recommends the supervision term be allowed to expire as scheduled since the restitution order remains imposed as a final judgement, pursuant to Title 18, U.S.C., Sections 3554 & 3613.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Elisa Martinez*

By:   ELISA MARTINEZ
      Supervising U.S. Probation Officer

/ kam

PREPARED BY:

*Kelly A. Maciel*  06/03/2021
KELLY A. MACIEL  Date
U.S. Probation Technician

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Allow Supervision to Expire as Scheduled on September 12, 2021 (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

s/Katharine S. Hayden
Signature of Judicial Officer

June 8, 2021
Date